

Illinois | New Jersey | New York | Ohio | Oregon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/17

Javier L. Merino*
Direct Dial: 201-355-3440
Facsimile: 216-373-0536
Email: JMerino@DannLaw.com

December 28, 2017

**MEMORANDUM ENDORSED**

**Delivered Via ECF**
Judge Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

　　　　　Re: *Kayla Reed v. Diesel, U.S.A.- Case No.: 1:17-cv-08446-GHW*

Dear Judge Woods:

　　This firm represents Plaintiff Kayla Reed ("Plaintiff") in the above-captioned matter. Pursuant to your Individual Practice Rules, we write to respectfully request that the Initial Conference currently set for January 2, 2018, be rescheduled to March 5, 2018 (30 days after the new answer date of February 2). Counselors have agreed to the extension.

　　This request is made to permit the Defendant with the appropriate time to answer the Complaint and allow the parties to pursue an amicable resolution of this matter without the need for further litigation. This is the Plaintiff's first request for an extension of time and it does not affect any other scheduled deadline or court appearance. We thank the Court for its consideration of this request.

Respectfully Submitted,

*/s/ Javier L. Merino, Esq.*
Javier L. Merino, Esq

　　cc: Sara T. Schneider, Esq. via email: sara.schneider@arentfox.com

Application granted in part.  The initial pretrial conference scheduled for January 2, 2018 is adjourned to February 14, 2018 at 11:00 a.m.  The joint status letter and proposed case management plan described in the Court's November 14, 2017 order (Dkt. No. 5) are due no later than February 7, 2018.  Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: December 29, 2017
New York, New York

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　United States District Judge