USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

| | |
|---|---|
| KAYLA REED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DIESEL, U.S.A, INC.<br><br>Defendant. | Case No. 1:17-cv-08446GHW<br><br>Honorable Judge Gregory H. Woods |

## JOINT STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kayla Reed and Defendant Diesel, U.S.A., Inc. by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

STIPULATED AND AGREED:

Javier L. Merino, Esq.
DANNLAW
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
jmerino@dannlaw.com
DisabilityNotices@dannlaw.com
*Counsel for Plaintiff*
Dated: March 2, 2018

Asra Syed, Esq.
Sara T. Schneider, Esq.
Dana J. Finberg, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
Phone: 212-484-3900
Asra.Syed@arentfox.com
*Counsel for Defendant*
Dated: March 2, 2018

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii).

Dated:  March 5, 2018
New York, New York

GREGORY H. WOODS
United States District Judge